# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00197-CV

---

**Rosalinda Trevino, Appellant**

**v.**

**Brian O'Quinn, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-003420,
### THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant Rosalinda Trevino filed her notice of appeal on March 30, 2018. The reporter's record was originally due on June 11, 2018. After being granted multiple extensions and then being subject to a court order from this Court, LaSonya Thomas filed the reporter's record in November 2018. The reporter's record, however, remains incomplete.

This Court contacted Thomas on May 7, 2019, requesting a supplemental reporter's record. *See* Tex. R. App. P. 34.6(d) (authorizing appellate court to direct court reporter to prepare supplemental reporter's record containing omitted items). In response, she filed a supplemental reporter's record on May 15, 2019. The reporter's record, however, remains incomplete. It is missing the transcript from the second day of trial that occurred on January 9, 2018. Thus, we order Thomas to file a supplemental reporter's record in this cause no

later than June 10, 2019, that contains the complete trial transcript from January 9, 2018. Failure to file the supplemental reporter's record will result in Thomas being called before this Court to show cause why she should not be held in contempt of this order.

It is ordered on June 4, 2019.


Before Chief Justice Rose, Justices Goodwin and Baker